

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

Nos. 04-13-00052-CR & 04-13-00053-CR

Edna Tatiana **PENA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court Nos. 2012CR10627W & 2012CR9404W
Honorable Sid L. Harle, Judge Presiding

PER CURIAM

Sitting:  Rebeca C. Martinez, Justice
     Patricia O. Alvarez, Justice
     Luz Elena D. Chapa, Justice

Delivered and Filed: March 13, 2013

DISMISSED

On January 28, 2013, we notified the appellant that the trial court's certifications in these appeals state that "this criminal case is a plea-bargain case, and the defendant has NO right of appeal." Additionally, the clerk's record contains a written waiver signed by the appellant pursuant to which she entered a plea of guilty. The trial court's judgment also shows that there was a plea bargain agreement, and the punishment assessed did not exceed the punishment recommended by the prosecutor and agreed to by the defendant. Therefore, the trial court's

certifications accurately reflect that these criminal cases are plea-bargain cases. *See* TEX. R. APP. P. 25.2(a)(2).

In our January 28, 2013 order, we warned appellant that these appeals would be dismissed pursuant to Texas Rule of Appellate Procedure 25.2(d), unless amended trial court certifications showing that appellant had the right to appeal were made part of the appellate records. *See* TEX. R. APP. P. 25.2(d), 37.1; *Daniels v. State,* 110 S.W.3d 174 (Tex. App.—San Antonio 2003, order). No amended trial court certifications have been filed. These appeals are, therefore, dismissed pursuant to Rule 25.2(d).

PER CURIAM

Do not publish